**IT IS ORDERED as set forth below:**



**Date: January 11, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CARLYLE MATHIEU,** | ) | CASE NO.: **19-50900-BEM** |
| | ) | |
| Debtor. | ) | |

**ORDER ON AMENDED MOTION TO APPROVE SETTLEMENT AGREEMENT, COMPENSATION OF SPECIAL COUNSEL AND RETAIN OF FUNDS**

On August 19, 2022, Debtor filed an *Amended Motion to Approve Settlement Agreement, Compensation of Special Counsel and Retain of Funds* (Doc. No. 74) (the "Motion"). This matter was set for hearing on August 31, 2022. The hearing was rescheduled for October 26, 2022. On October 4, 2021, Debtor retained Julian L. Sanders, attorney at The Law Offices of Julian L. Sanders & Associates as counsel to represent them in a car accident sustained October 2, 2021. At the hearing, counsel for Debtor and counsel for the Chapter 13 Trustee appeared. No objections to

the Motion were timely filed. After review of the record and for good cause shown, it is hereby

**ORDERED** that the Debtor's *Amended Motion to Approve Settlement Agreement, Compensation of Special Counsel and Retain of Funds* (Doc. No. 74) is **GRANTED**: Debtor's personal injury claim of $15,000.00 is approved. Special Counsel may distribute the funds as follows:

a) Compensation of $5,666.31 to Special Counsel for attorney's fees and for expenses necessary for the prosecution of the case;
b) Disbursement of $2,281.42 to Aetna;
c) Disbursement of $2,400.00 to Cash Now Funding Group LLC;
d) Disbursement of $2,000.00 to Cobb Spine & Rehab;
e) Disbursement of $10.76 to Quantum Radiology;
f) Debtor retain the remaining settlement proceeds of $2,641.51;
g) Such further relief as it may deem just and proper.

**[END OF DOCUMENT]**

Prepared by:
/s/
Willie B. Smith
GA Bar No.: 507412
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St. NE, Suite 300
Atlanta, Georgia 30303
(678) 668-7165
**Attorney for the Debtor**

No opposition by:
       /s/       *(with express permission)*
Sonya B. Gordon, Attorney for
K. Edward Safir, Standing Chapter 13 Trustee
Georgia Bar No. 140987
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

(404) 525-1110
**Chapter 13 Trustee**

## DISTRIBUTION LIST

Willie B. Smith
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Carlyle Mathieu
1745 Neely Ave
Atlanta, GA 30344

U.S. Trustee
75 Ted Turner St., SW #362
Atlanta, GA 30303